FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 14 PM 1:45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL COLTON** | CIVIL ACTION |
| **VERSUS** | NO. 05-1203 |
| **STATE OF LOUISIANA DISTRICT ATTORNEY OFFICE** | SECTION: "B" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that, pursuant to the plaintiff Michael Colton's complaint and oral request, the **Clerk of Court SHALL** list Judge Andrew Bucaro and Court Reporter Dianne Mascari as defendant's in this case and withhold issuance of summons to these defendants.

**IT IS FURTHER ORDERED** that Colton's Title 42 U.S.C. § 1983 claims against the State of Louisiana, the Orleans Parish District Attorney's Office, Orleans Parish, and Judge Andrew Bucaro, are **DISMISSED WITH PREJUDICE** as frivolous, and/or for failure to state a claim for

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

which relief can be granted, and/or for seeking monetary relief against a defendant who is immune from such relief pursuant to § 1915(e)(2) and § 1915A.

**IT IS FURTHER ORDERED** that Colton's § 1983 claims against Dianne Mascari, are **DISMISSED WITH PREJUDICE** as frivolous until such time as the conditions of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) are met.

New Orleans, Louisiana, this 13th day of June, 2006.

_____
**UNITED STATES DISTRICT JUDGE**